IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Darrell HUMPHREY, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-223 (MTT) |
| Deborah SERFOSS, | ) ) ) |
| Respondent. | ) ) ) |

## ORDER

This matter is before the Court on the Recommendation to Dismiss (the "Recommendation") (Doc. 9) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Respondent's Motion to Dismiss (the "Motion") (Doc. 7), recommends dismissing the claims against the Respondent because the Petitioner failed to exhaust his available state judicial remedies pursuant to 28 U.S.C. § 2254(b) & (c). The Petitioner did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED**.

**SO ORDERED**, this the 4th day of November, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT